| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen J Duggan, 153817<br>LAW OFFICE OF STEPHEN J DUGGAN<br>234 Lorraine Court<br>Healdsburg, CA 95448 | (707) 395-0583 | |

ATTORNEY FOR *(Name):* Plaintiff

Ref. No. or File No.

FILED

Spalletta 12 PM 3:38

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF:

SPALETTA

DEFENDANT:

POTTER, POSTMASTER GENERAL OF THE UNITED S

| **PROOF OF SERVICE** | DATE:<br>8/13/2008 | TIME:<br>10:30 AM | DEPT/DIV:<br>F | CASE NUMBER:<br>CV 08-02323JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Order Setting Initial Case Management and ADR Deadlines, Magistrate Judge James Larson Notices, Notice of Assignment of Case to Magistrate Judge For Trial, Consent to Proceed before a Magistrate Judge, Declination to Proceed before a Magistrate Judge, Standing Order For All Judges of Northern District of California, Welcome to the U.S. District Court Rules. Drop Box Filing Procedures. ECF Registration Information Handout

2. Party Served:            John E. Potter, Postmaster General

3. Person Served:           United States Attorney, Elsie Sato - Person authorized to accept service of process

4. Date & Time of Delivery:  6/11/2008        2:16 PM

5. Address, City and State:  450 Golden Gate Avenue Ninth Floo
                             San Francisco, CA 94102

6. Manner of Service:        Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.:1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/11/2008 at Oakland, California.

Signature: _____
                        Chris Beale

FF# 6664112