STEPHEN J. DUGGAN, ESQ. (SBN 153817)
LAW OFFFICES
250 HEALDSBURG AVE., Suite 201
HEALDSBURG, CA  95448
707-473-2800
707-473-2801 (Fax)
stephenjduggan@comcast.net

Attorney for Plaintiff Judith Spaletta

# UNITED STATES DISTRICT COURT

# NORTHERN CALIFORNIA DISTRICT

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH SPALETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES<br><br>    Defendant. | Case No.   ___CV 08-02323 JL___<br><br>NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR PLAINTIFF |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address of Plaintiff's Attorney has changed to:

>    Stephen J. Duggan
>    250 Healdsburg Avenue, Suite 201
>    Healdsburg, CA 95448

Dated:  July 17, 2008

                                        [Original signed]_____

                                        STEPHEN J. DUGGAN

                                        Attorney for Plaintiff Judith Spaletta

NOTICE OF CHANGE OF ADDRESS                    1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States. My business address is 250 Healdsburg Avenue, Suite 201, Healdsburg, CA 95448. I am over the age of 18 years and not a party to the within cause.

On July 17, 2008, I served the following document on the United States Attorney's Office, which has not yet appeared in this action, Notice of Change of Address of Plaintiff's Attorney, by sealing the document in an envelope, and depositing the envelope with the United States Postal Service, postage prepaid, for delivery to:

Civil Process Clerk
United States Attorney's Office
450 Golden Gate Avenue, Floor 11
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 17, 2008, at Healdsburg, California.

[original signed]
———————————————
Stephen J. Duggan

NOTICE OF CHANGE OF ADDRESS                    2