1  STEPHEN J. DUGGAN, ESQ. (SBN 153817)
   LAW OFFFICES
2  250 HEALDSBURG AVE., Suite 201
   HEALDSBURG, CA  95448
3  707-473-2800
   707-473-2801 (Fax)
4  stephenjduggan@comcast.net

5  Attorney for Plaintiff Judith Spaletta

### UNITED STATES DISTRICT COURT

### NORTHERN CALIFORNIA DISTRICT

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH SPALETTA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES<br><br>  Defendant. | Case No.  ___CV 08-02323 JL___<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES |

Plaintiff hereby stipulates that the Initial Case Management Conference currently set for August 13, 2008, at 10:30 a.m. in Courtroom F, be continued to October 15, 2008, at the same time and place.  The summons in this matter was issued on June 4, 2008.  The U.S. Attorney's Office was hand-served with all papers on June 12, 2008, and has until August 11, 2008 (two days before the currently set Initial CMC) to Answer.  Continuing the Case Management Conference will allow the parties sufficient time to meet their responsibilities to meet and confer and file all appropriate papers in a timely fashion.

Plaintiff hereby also stipulates that the following events be continued to the following dates:

NOTICE OF CHANGE OF ADDRESS                                1

1      9/24/08 -- Last day to meet and confer re initial disclosures, early settlement, ADR
2  process selection, and discovery plan, and to file Joint ADR certification with stipulation to
3  ADR process or Notice of Need for ADR Phone Conference;
4      10/08/08 – Last day to file Rule 26(f) Report, complete initial disclosures or state
5  objection to Rule 26(f) Report and file Case Management Statement.
6  Dated: July 17, 2008

7          [Original signed]
8          STEPHEN J. DUGGAN
9          Attorney for Plaintiff Judith Spaletta

11          ORDER
12  Good cause appearing therefor,
13  IT IS HEREBY ORDERED:
14  The Case Management Conference presently scheduled for August 13, 2008, at 10:30
15  a.m., in Courtroom F, is continued until October 15, 2008 at the same time and place;
16  All actions to be taken in this matter by 7/23/08, are continued until 9/24/08;
17  All actions to be taken in this matter by 8/06/08, are continued until 10/08/08.
18  DATED: July   , 2008

20  July 18, 2008

*The Honorable [Judge] Larson*
*IT IS SO ORDERED*
*Judge James Larson*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

NOTICE OF CHANGE OF ADDRESS     2