JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH SPALETTA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES,<br><br>    Defendant. | No. C 08-2323 JL<br><br>**DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE FOR TRIAL AND DISPOSITION** |

Defendant, by and through his undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

DATED:  July 22, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                  By:         /s/
                                          JENNIFER S WANG
                                          Assistant United States Attorney