1  STEPHEN J. DUGGAN, ESQ. (SBN 153817)
   LAW OFFFICES
2  250 HEALDSBURG AVE., Suite 201
   HEALDSBURG, CA  95448
3  707-473-2800
   707-473-2801 (Fax)
4  stephenjduggan@comcast.net

5  Attorney for Plaintiff Judith Spaletta

**UNITED STATES DISTRICT COURT**

**NORTHERN CALIFORNIA DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUDITH SPALETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES<br><br>    Defendant. | Case No.   ___CV 08-02323 CW___<br><br>CERTIFICATE OF SERVICE OF COURT'S ORDER RE CONTINUED CASE MANAGEMENT CONFERENCE |

    I am a citizen of the United States.  My business address is 250 Healdsburg Avenue, Suite 201, Healdsburg, CA 95448. I am over the age of 18 years and not a party to the within cause.

    On August 7, 2008, I served the following document on John E. Potter, Postmaster General of the United States, Defendant herein: CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE.  I served the document by placing a copy of it in an envelope, postage prepaid, and depositing the envelope with the United States Postal Service for delivery to:

    Jennifer S. Wang
    US Attorney Civil Division

CERTIFICATE OF SERVICE                                       1

1  450 Golden Gate Avenue Box 36055
2  San Francisco, CA 94102-3495

3  I declare under penalty of perjury under the laws of the State of California
4  that the above is true and correct.

5  Executed on August 25, 2008, at Healdsburg, California.

7  _____[Original signed]_____
8  Stephen J. Duggan

CERTIFICATE OF SERVICE                           2