1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      Facsimile: (415) 436-6748
       jennifer.s.wang@usdoj.gov
7
   Attorneys for Defendant
8
   STEPHEN J. DUGGAN
9  Attorney at Law
   250 Healdsburg Ave., Suite 201
10 Healdsburg, CA 95448
   (707) 473-2800
11 (707) 473-2801 (Fax)

12 Attorney for Plaintiff

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 JUDITH SPALETTA,                )   No. 08-2323 CW
                                   )
18           Plaintiff,             )   **STIPULATION AND ORDER**
                                   )   **EXTENDING DEADLINE FOR**
19      v.                         )   **COMPLETING MEDIATION**
                                   )
20 JOHN E. POTTER, POSTMASTER       )
   GENERAL OF THE UNITED STATES    )
21                                 )
             Defendant.            )
22

23
                              **STIPULATION**
24
        The parties, plaintiff Judith Spaletta and defendant John Potter, Postmaster General of
25
   the United States of America, hereby stipulate to the following:
26

27

28

   STIPULATION & ORDER
   08-2323 CW

1. Plaintiff has indicated that she is considering amending her complaint to include additional claims. Pursuant to the Court's Case Management Order, plaintiff has until December 23, 2008 to amend her complaint.

2. Currently, the deadline for completing mediation in the above-captioned matter is December 29, 2008.

3. Counsel for the defendant has been assigned to try a case on December 8, 2008 before United States District Court Judge Jeffrey S. White. The trial is estimated to last approximately two weeks.

4. To allow the parties sufficient time to evaluate and conduct necessary discovery in the event plaintiff files an amended complaint, subject to the Court's approval, the parties agree and stipulate to extend the deadline for completing mediation to February 6, 2009.

IT IS SO STIPULATED.

DATED: November 5, 2008                             Respectfully submitted,

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

                                                    _____/s/_____
                                                    JENNIFER S WANG
                                                    Assistant United States Attorney

DATED: November 5, 2008                             _____/s/_____
                                                    Stephen J. Duggan
                                                    Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the dead1ine for completion of mediation is extended to February 6, 2009.

IT IS SO ORDERED.
           11/10/08
DATED: _____                             _____
                                                    CLAUDIA WILKEN
                                                    United States District Court Judge

STIPULATION & ORDER
08-2323 CW                                2