JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   FAX: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

STEPHEN DUGGAN, Esq. (SBN 153817)
Law Offices
250 Healdsburg Ave., Ste 201
Healdsburg, CA 95448
707-473-2800
707-473-2801 (Fax)
stephenjduggan@comcast.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JUDITH SPALETTA, | ) | No. 08-2323 CW |
| Plaintiff, | ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES, | ) | |
| Defendant. | ) | |

     THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff JUDITH SPALETTA and defendant JOHN E. POTTER, Postmaster General of the United States, hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
08-02323 CW                                    1

asserted therein.  Each party will bear its own costs and attorneys fees.

DATED: _6/17/09_____          By: __/s/ Judith Spaletta_____
                                                  JUDITH SPALETTA
                                                  Plaintiff

DATED: _6/12/09 _____          By:____/s/ Stephen J. Duggan_____
                                                  STEPHEN J. DUGGAN
                                                  Attorney for Plaintiff

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

DATED:__8/3/09_____          By:___/s/ Jennifer S Wang_____
                                                  JENNIFER S WANG
                                                  Assistant United States Attorney
                                                  Attorneys for Defendant

# ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

        8/4/09

DATED: _____          _____
                                              HONORABLE CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE